IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNIVERSITY OF WISCONSIN
HOSPITAL AND CLINICS, INC.,

      JUDGMENT IN A CIVIL CASE

    Plaintiff,

      Case No. 13-cv-568-jdp

  v.

KRAFT FOODS GLOBAL, INC. GROUP
BENEFITS PLAN,

    Defendant.

    This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered remanding this action to the plan administrator for the defendant Kraft Foods Global, Inc. Group Benefits Plan for further proceedings, and awarding plaintiff University of Wisconsin Hospital and Clinics, Inc. attorney fees and costs in the amount of $5,014.33.

| s/ R.Plender, Deputy Clerk | 7/17/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |